**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

MARILYN SHAPIRO,

                      Plaintiff,

        - against -

THE CITY OF GLEN COVE, ANTHONY
MAURINO, DANIEL RUSSELL, ROBERT
GRELLA, JOHN MC DOUGAL, FRANK
LOVIGLIO, GLENN SHUTT and CAROL
WEISS a/k/a CAROL HORVATH,

                      Defendants.

------------------------------------------------------------X

**JUDGMENT**

CV-03-0280  (WDW)

      A Memorandum and Order of Honorable William D. Wall, United States Magistrate

Judge, having been filed on May 5, 2005, granting defendants' motions for summary judgment,

and an Order of Magistrate Judge Wall having been filed on June 14, 2005 awarding attorney's

fees to defendant, Carol Weiss a/k/a Carol Horvath in the amount of $15,398 together with $931

in costs, for a total award of $16,329.00, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of the defendants; that

defendants' motions for summary judgment are granted; and that attorney's fees in the amount of

$15,398 together with $931 in costs, for a total award of $16,329.00 are hereby awarded to

defendant, Carol Weiss a/k/a Carol Horvath.


Dated: Central Islip, New York
       June 14, 2005

                              ROBERT C. HEINEMANN
                              CLERK OF THE COURT

                By:    /s/ Lorraine Sapienza
                              Deputy Clerk